UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                             §
                                                   §
GUNSTEEN, DEBBIE L                                 §    Case No. 11-10055
                                                   §
         Debtor(s)                                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>Jeffrey P. Allsteadt
>U.S. Bankruptcy Court Clerk
>219 South Dearborn Street- 7th Floor
>Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/26/2015 in Courtroom 682,
>United States Courthouse
>219 South Dearborn Street
>Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Jeffrey P. Allsteadt_____
                                              Clerk of The United States Bankruptcy
                                                              Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GUNSTEEN, DEBBIE L | § | Case No. 11-10055 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 52.38 |
| leaving a balance on hand of[1] | $ | 14,947.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: Phillip D. Levey | $ 101.09 | $ 0.00 | $ 101.09 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 9,135.00 | $ 0.00 | $ 9,135.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 11,486.09 |
| Remaining Balance | $ | 3,461.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 320,327.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 320,327.40 | $ 0.00 | $ 3,461.53 |
| | Total to be paid to priority creditors | | | $ 3,461.53 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,824.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Advanta Bank Corporation | $ 21,478.11 | $ 0.00 | $ 0.00 |
| 000003 | Nicor Gas | $ 452.58 | $ 0.00 | $ 0.00 |
| 000004 | Midland Funding LLC | $ 1,968.03 | $ 0.00 | $ 0.00 |
| 000005 | Quantum3 Group LLC as agent for | $ 35.67 | $ 0.00 | $ 0.00 |
| 000006 | Capital One, N.A. | $ 1,889.75 | $ 0.00 | $ 0.00 |
| 000007 | BMO Harris Bank N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 11-10055-JBS
Debbie L Gunsteen                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet           Page 1 of 2           Date Rcvd: Apr 28, 2015
                              Form ID: pdf006           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2015.
```
db          +Debbie L Gunsteen,    201 Wilcox Drive,    Bartlett, IL 60103-4681
16943236    +Amalgamated Bk Chicago,    1 W Monroe St,    Chicago, IL 60603-5384
16943237    +Amperage Electrical Supply,    359 W Irving Parrk Rd.,    Roselle, IL 60172-1124
16943239   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
19950823    +BMO Harris Bank N.A.,    c/o Derrick M. Foreman,    111 W. Monroe Street,
              Chicago, IL 60603-4095
16943238    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
19807172     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16943240     Citi,   P.O. Box 6500  C/O Citi Corp,    Sioux Falls, SD 57117-6500
16943241    +Cresent Electric Supply,    1700 Estes Ave.,    Elk Grove Village, IL 60007-5412
16943242    +Department of Revenue,    C/O Ms. Dorothy Mitchell, ste 7-400,    100 W. Randolf Street,
              Chicago, IL 60601-3274
16943243    +Dykema Gossett, PLLC,    10 South Wacker Drive,    Attn: Maria Diakoumakis, Esq.,
              Chicago, IL 60606-7439
16943244    +Electrical Insurance Trustees,    221 N. LaSalle Street,    Chicago, IL 60601-1273
16943246    +Harris Bank,    122 W. Main Street,    Cary, IL 60013-2780
16943247    +IBEW Local 117,    765 Munshaw Lane,    Crystal Lake, IL 60014-1705
16943248    +IBEW Local 146,    3390 North Woodford St.,    Decatur, IL 62526-2891
16943249    +IBEW Local 176,    1100 N.E. Frontage Rd.,    Joliet, IL 60431-2798
16943250    +IBEW Local 461,    ste 100,    591 Sulivan Rd,    Aurora, IL 60506-1473
16943251    +IBEW Local 601,    3301 Boardwalk,    Champaign, IL 61822-1252
16943252    +IBEW Local 701,    ste 1000,    28600 Bella Vista Pkway,    Warrenville, IL 60555-1602
16943257    +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
16943259    +Steiner Electric,    1250 Touhy Ave.,    Elk Grove Village, IL 60007-4985
16943260    +Wfnnb/Dress Barn,    Po Box 182273,    Columbus, OH 43218-2273
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16943235     E-mail/Text: bkr@cardworks.com Apr 29 2015 01:52:52      Advanta Bank Corp,    Po Box 844,
              Spring House, PA 19477
19642848     E-mail/Text: bkr@cardworks.com Apr 29 2015 01:52:52      Advanta Bank Corporation,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
19707268     E-mail/PDF: rmscedi@recoverycorp.com Apr 29 2015 01:45:16      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16943245    +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2015 01:45:11      Gemb/Walmart,    Po Box 981400,
              El Paso, TX 79998-1400
16943253     E-mail/Text: cio.bncmail@irs.gov Apr 29 2015 01:53:24      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
16943254    +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 29 2015 01:53:14       Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19932147     E-mail/PDF: rmscedi@recoverycorp.com Apr 29 2015 01:45:23      Midland Funding LLC,
              By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
19685517    +E-mail/Text: bankrup@aglresources.com Apr 29 2015 01:52:56      Nicor Gas,    Po box 549,
              Aurora IL 60507-0549
16943258    +E-mail/Text: bankrup@aglresources.com Apr 29 2015 01:52:56      Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
19711720     E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2015 01:53:46
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
19932148     E-mail/PDF: rmscedi@recoverycorp.com Apr 29 2015 01:45:16      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16943255      Magun Electric, Inc,   N/A
16943256      Magun Electric, inc.
                                                                                               TOTALS: 2, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: adragonet              Page 2 of 2                  Date Rcvd: Apr 28, 2015
                              Form ID: pdf006              Total Noticed: 33
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2015                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2015 at the address(es) listed below:
          Courtney M Ofosu    on behalf of Creditor    BMO Harris Bank cofosu@dykema.com,
           eweil@dykema.com;bdargelis@dykema.com
          Courtney M Ofosu    on behalf of Plaintiff    HARRIS NATIONAL ASSOCIATION cofosu@dykema.com,
           eweil@dykema.com;bdargelis@dykema.com
          Courtney M Ofosu    on behalf of Creditor    Harris N.A. cofosu@dykema.com,
           eweil@dykema.com;bdargelis@dykema.com
          Edward S Weil    on behalf of Creditor    BMO Harris Bank eweil@dykema.com
          Heather L Kramer    on behalf of Creditor    Harris N.A. hkramer@dykema.com,   bpanovich@dykema.com
          Heather L Kramer    on behalf of Plaintiff    HARRIS NATIONAL ASSOCIATION hkramer@dykema.com,
           bpanovich@dykema.com
          John S Biallas    on behalf of Defendant Debbie L Gunsteen jsb70@comcast.net
          John S Biallas    on behalf of Debtor Debbie L Gunsteen jsb70@comcast.net
          Maria A Diakoumakis    on behalf of Plaintiff    HARRIS NATIONAL ASSOCIATION
           mdiakoumakis@dykema.com,    DocketCH@dykema.com
          Maria A Diakoumakis    on behalf of Creditor    Harris N.A. mdiakoumakis@dykema.com,
           DocketCH@dykema.com
          Maria A Diakoumakis    on behalf of Creditor    BMO Harris Bank N.A. mdiakoumakis@dykema.com,
           DocketCH@dykema.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip D Levey, ESQ    on behalf of Spec. Counsel Phillip  Levey levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
           plevey@ecf.epiqsystems.com
          Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 15
```