UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
GUNSTEEN, DEBBIE L § Case No. 11-10055
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Bank Of America 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| ASSOCIATED BANK | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Revenue C/O Ms. Dorothy Mitchell, ste 7-400 100 W. Randolf Street Chicago, IL 60601 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn Street Chicago, IL 60604 | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp Po Box 844 Spring House, PA 19477 | | | | | |
| | Amalgamated Bk Chicago 1 W Monroe St Chicago, IL 60603 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amperage Electrical Supply 359 W Irving Parrk Rd. Roselle, IL 60172 | | | | | |
| | Citi P.O. Box 6500 C/O Citi Corp Sioux Falls, SD 57117-6500 | | | | | |
| | Cresent Electric Supply 1700 Estes Ave. Elk Grove Village, IL 60007 | | | | | |
| | Electrical Insurance Trustees 221 N. LaSalle Street Chicago, IL 60601 | | | | | |
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Harris Bank 122 W. Main Street Cary, IL 60013 | | | | | |
| | IBEW Local 117 765 Munshaw Lane Crystal Lake, IL 60014 | | | | | |
| | IBEW Local 146 3390 North Woodford St. Decatur, IL 62526 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IBEW Local 176 1100 N.E. Frontage Rd. Joliet, IL 60431 | | | | | |
| | IBEW Local 461 ste 100 591 Sulivan Rd Aurora, IL 60506 | | | | | |
| | IBEW Local 601 3301 Boardwalk Champaign, IL 61822 | | | | | |
| | IBEW Local 701 ste 1000 28600 Bella Vista Pkway Warrenville, IL 60555 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Steiner Electric 1250 Touhy Ave. Elk Grove Village, IL 60007 | | | | | |
| | Wfnnb/Dress Barn Po Box 182273 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ADVANTA BANK CORPORATION | | | | | |
| 000007 | BMO HARRIS BANK N.A. | | | | | |
| 000004 | MIDLAND FUNDING LLC | | | | | |
| 000003 | NICOR GAS | | | | | |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | CAPITAL ONE, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-10055 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GUNSTEEN, DEBBIE L | | | Date Filed (f) or Converted (c): | 03/10/11 (f) |
| | | | | 341(a) Meeting Date: | 04/22/11 |
| For Period Ending: | 06/13/15 | | | Claims Bar Date: | 01/24/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE OF DEBTOR, SINGLE FAMILY HOME LOCATION: Debtor owns 1/2 interest in proprety in tenancy by the entireties with her husband, Daniel Gunsteen. Debtor Claimed Exemption | 298,000.00 | 64,699.00 | | 0.00 | FA |
| 2. 1/2 OF 6 ROOMS OF FURNITURE AND MISC. HOUSEHOLD GO Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING OF AN ADULT FEMALE Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 4. 50% OF THE STOCK IN MAGUN ELECTRIC, INC., A BANKRU | 0.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 INTEREST IN 2004 FORD F150 80,000 MILES LOCATI Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. 1/2 INTEREST IN 2004 FORD EXPLORER 100,000 MILES L Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Fraudulent Conveyance (u) | 0.00 | 28,000.00 | | 15,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $303,100.00 | $92,699.00 | | $15,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settlement/litigation of fraudulent conveyance action pending in Circuit Court of Cook County, Illinois.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 03/31/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 18.04c

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-10055 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GUNSTEEN, DEBBIE L | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5083 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0039 | | |
| For Period Ending: | 06/13/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/28/15 | 7 | James Zaczek | SETTLEMENT | 1241-000 | 15,000.00 | | 15,000.00 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,990.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.13 | 14,969.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.25 | 14,947.62 |
| 05/27/15 | 010001 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 9,135.00 | 5,812.62 |
| 05/27/15 | 010002 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 2,250.00 | 3,562.62 |
| 05/27/15 | 010003 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 101.09 | 3,461.53 |
| 05/27/15 | 010004 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Claim 000001, Payment 1.08062% | 5800-000 | | 3,461.53 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 15,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5083 | 15,000.00 | 15,000.00 | 0.00 |
| | 15,000.00 | 15,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  15,000.00  15,000.00

Ver: 18.04c

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 10)*